IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-00791-WDM-MEH

YOLANDA HARRIS,

    Plaintiff,

v.

NATIONWIDE RECOVERY SYSTEMS, LTD.,

    Defendant.

## NOTICE OF DISMISSAL

    The court construes Plaintiff's Motion to Dismiss in accordance with Fed. R. Civ. P. 41(a)(2).  Accordingly, this case is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on May 3, 2006.

                                            BY THE COURT:

                                            s/ Walker D. Miller
                                            United States District Judge